UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

**Carl and Liz Walker,**

      Plaintiffs,

vs.                                           Case No. 13-cv-622

**Wyndham Vacation Resorts, Inc.,**

      Defendant.

---

### ORDER

---

      Based upon the foregoing Stipulation between the parties, and for good cause shown:

      IT IS HEREBY ORDERED that this case is dismissed with prejudice. Each party will bear their own costs.

      Dated this __7__ day of ~~July~~ August, 2014.

                                           BY THE COURT:

                                           *[signature]*

                                           ~~Magistrate Judge Stephen L. Crocker~~
                                           JAMES D. PETERSON
                                           US DISTRICT JUDGE